# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In Re:<br>MICHAEL R MAYNARD<br>MARTHA J STEWART<br>7982 PANHANDLE RD<br>NEWARK, OH  43056 | Case No:    06-53173<br><br>Judge:    John E. Hoffman Jr. |

SSN(S):    XXX-XX-6979
XXX-XX-1904

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   December 29, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| DEBT RECOVERY SOLUTIONS<br>900 MERCHANTS CONCOURSE #106<br>WESTBURY, NY  11590 | 0.15 |